1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery St., Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  DISTRICT COUNCIL 16 NORTHERN          Case No.: C09-2101 SI
    CALIFORNIA HEALTH AND WELFARE
13  TRUST FUND, et al.,
                                           **[PROPOSED] JUDGMENT**
14            Plaintiffs,

15       v.

16  S & S FLOORING, INC.,

17            Defendant.

      Defendant S & S FLOORING, INC., having failed to plead or otherwise defend in this action and its default having been entered:

      Now, upon application of the Plaintiffs and upon declaration that Defendant has failed and refused to pay employee contributions found due on audit as well as audit costs; that Defendant has been defaulted for failure to appear; and that Defendant is neither an infant nor an incompetent person, nor in the military service of the United States, it is hereby

      ORDERED, ADJUDGED AND DECREED that Defendant S & S FLOORING, INC., shall promptly pay to Plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof.

It is further Ordered that Plaintiffs recover from Defendant their attorneys' fees, together with costs, audit costs, and all sums found on audit to be due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof:

| 10/1/02-9/30/06 Audit | Contribution Underpayments | $41,858.41 | |
| --- | --- | --- | --- |
| | Liquidated Damages Fees | $4,185.86 | |
| | Interest | $7,160.95 | |
| | Audit Fees | $4,241.00 | |
| | | | $57,446.22 |
| Attorneys' Fees (through 10/16/09) | | | $2,719.00 |
| Costs (through 7/9/09) | | | $646.59 |
| **TOTAL** | | | **$60,811.81** |

IT IS SO ORDERED, that judgment be entered totaling **$60,811.81.** Post-judgment interest shall accrue at the rate of 5% per annum on contribution underpayments and liquidated damages ($46,044.27), and at the legal rate on the other amounts due ($14,767.54), from date of Judgment to satisfaction of Judgment. The Court shall retain jurisdiction over this matter to enforce the terms of this Judgment.

Dated:_____ _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE